# -EXHIBIT C-

Cigna Health and Life Insurance Company
CHATTANOOGA CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN  37422-7223



Cigna Health and Life Insurance Company AS AGENT FOR DOCUMENT TECHNOLOGIES LLC D/B/A EPI

ANDREW HECHT
6421 WOODSBRIAR CT
LISLE IL 60532-3332

**Customer service**

Call the number on the back of your ID card or
**(800) 244-6224 (1.800.CIGNA24)**
www.myCIGNA.com

*If you have any questions about this document, please call Customer Service at the number above. Please have your claim  number ready.*

**Service date**
September 6, 2021

**Claim # / ID**
9432125608370 / U40311013

**Provider Network Status:**
IN NETWORK

**Account name /  Account #**
DOCUMENT TECHNOLOGIES LLC D/B/A EPI  / 2471098

**THIS IS NOT A BILL.**
Your health care professional may bill you directly for any amount that you owe.

# Explanation of benefits

for a claim received for ▇▇▇▇ HECHT, Claim # 9432125608370

Patient's relationship to Subscriber: DEPENDENT

Subscriber Name: ANDREW HECHT

## Summary of a claim for services on September 6, 2021

for services provided by EDWARD HSP

| | | |
|---|---|---|
| Amount Billed | $10,244.00 | This was the amount that was billed for your visit on 09/06/2021. |
| Discount | $3,540.59 | **You saved $3,540.59.**  CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| Amount not covered | $1,411.00 | This is the portion of your bill that's not covered by your  plan.  You may or may not need to pay this amount. See the Notes section on the following pages for more information.   The total amount of what is not allowed and/ or not covered is $1,411.00 of which you owe $0.00 . |
| What your plan paid | $4,977.04 | Your plan paid $4,977.04 to EDWARD HSP. |
| What I owe | $315.37 | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan.  Any amount you paid since care was received may reduce the amount you owe. |
| You saved | 83% | You saved $8,517.63 (or 83%) off the total amount billed. This is a total of your discount and what your plan paid. To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

## Glossary

**% Paid:** The part of the Amount Billed that your health plan paid
**Allowed Amount:** The amount that Cigna determines is reasonable reimbursement for covered services provided to you. This may be established in accordance with an agreement between a health care provider and Cigna.
**Amount Billed:** The amount a health care provider can bill for covered services
**Amount Not Covered:** The part of the Amount Billed that is not covered by, or eligible for payment under, your plan
**Coinsurance:** A shared cost between you and your health plan that equals the Allowed Amount for a covered service. This shared cost starts once you have met your deductible.
**Copay:** A dollar amount you pay for an eligible health care or related service, typically due at the time the service is provided. When present, a copay is usually applied on a per occurrence, per admission, per day, or annual basis.
**Deductible:** A set amount you pay out of pocket in one plan or contract year for covered services before your health plan will start covering part of the cost
**Discount:** The amount you save by using a network health care provider. Cigna negotiates lower rates with network health care providers to help you save money. Using out-of-network providers will cost you more. If you go out-of-network for services, Cigna may be able to get you discounts through third-party vendor contracts.
**In-Network:** A group of health care providers that have a contract with Cigna to provide you with health care coverage. Using in-network providers will save you money.
**Out-of-Network:** Any health care provider that does not have a contract with Cigna to provide you with health care coverage. Using out-of-network providers will cost you more money.
**Out-of-Pocket Maximum:** The total dollar amount a customer will pay toward the coverage of a health plan's benefits/services within a calendar or contract year.
**What My Plan Paid:** The part of the Amount Billed that your health plan paid
**What I Owe:** The part of the Amount Billed you are responsible for. This amount might include your deductible, coinsurance, any amount over the maximum reimbursable charge, or products or services not covered by your plan.

## Federal Rights of review and appeal

If you have any questions about this explanation of benefits, please call Customer Service at the toll-free number on the front of this form.

If you're not satisfied with this decision, you can start the Appeal process by sending a written request to the address listed in your plan materials within 180 days of receipt of this explanation of benefits (unless a longer time frame is provided by applicable state law or permitted by your plan).
Please follow the steps below to make sure that your appeal is processed in a timely manner.

- Send a copy of this explanation of benefits along with any relevant additional information (e.g. benefit documents, medical records) that helps to determine if your claim is covered under the plan. Contact Customer Service if you need help or have further questions.
- Be sure to include: 1) Your name 2) Account number from the front of this form 3) ID number from the front of this form 4) Name of the patient and relationship and 5) "Attention: Appeals Unit" on all supporting documents.
- Contact Customer Service at the number on the front of this form to request access to and copies of all documents, records and other information about your claim, free of charge.
- You will be notified of the final decision in a timely manner, as described in your plan materials. If your plan is governed by ERISA, you may also bring legal action under section 502(a) of ERISA following our review and decision.

# Cigna.

**THIS IS NOT A BILL**

**Claim received for** ▮ HECHT
**Claim #** 9432125608370
**ID** U40311013

## Claim detail

*CIGNA received this claim on September 13, 2021 and processed it on September 27, 2021.*

EDWARD HSP, Claim # 94321256083370

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/06/21 | DRUGS | 51.00 | 24.65 | 0.00 | 26.35 | 0.00 | 0.00 | 21.08 | 80 | 5.27 | A0 |
| 09/06/21 | LABORATORY | 230.00 | 13.45 | 0.00 | 216.55 | 0.00 | 0.00 | 173.24 | 80 | 43.31 | A0 |
| 09/06/21 | LABORATORY | 228.00 | 10.21 | 0.00 | 217.79 | 0.00 | 0.00 | 174.23 | 80 | 43.56 | A0 |
| 09/06/21 | LABORATORY | 161.00 | 77.82 | 0.00 | 83.18 | 0.00 | 0.00 | 66.54 | 80 | 16.64 | A0 |
| 09/06/21 | LABORATORY | 106.00 | 51.24 | 0.00 | 54.76 | 0.00 | 0.00 | 43.81 | 80 | 10.95 | A0 |
| 09/06/21 | LABORATORY | 316.00 | 52.74 | 0.00 | 263.26 | 0.00 | 0.00 | 210.61 | 80 | 52.65 | A0 |
| 09/06/21 | LABORATORY | 50.00 | 24.17 | 0.00 | 25.83 | 0.00 | 0.00 | 20.66 | 80 | 5.17 | A0 |
| 09/06/21 | X-RAY | 986.00 | 476.60 | 0.00 | 509.40 | 0.00 | 0.00 | 407.52 | 80 | 101.88 | A0 |
| 09/06/21 | X-RAY | 545.00 | 263.43 | 0.00 | 179.70 | 0.00 | 0.00 | 143.76 | 80 | 35.94 | A0 |
| 09/06/21 | | 0.00 | 0.00 | 0.00 | 101.87 | 0.00 | 0.00 | 101.87 | 100 | 0.00 | |
| 09/06/21 | DIAG SERVICE | 1,495.00 | 551.09 | 0.00 | 943.91 | 0.00 | 0.00 | 943.91 | 100 | 0.00 | A0 |
| 09/06/21 | EMERGENCY ROOM | 3,808.00 | 1,840.65 | 0.00 | 1,967.35 | 0.00 | 0.00 | 1,967.35 | 100 | 0.00 | A0 |
| 09/06/21 | EMERGENCY ROOM | 910.00 | 0.00 | 910.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A1 |
| 09/06/21 | EMERGENCY ROOM | 501.00 | 0.00 | 501.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A1 |
| 09/06/21 | DRUGS | 53.00 | 53.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A2 |
| 09/06/21 | DRUGS | 20.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A2 |
| 09/06/21 | DRUGS | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | A2 |
| 09/06/21 | PHYSICIAN | 779.00 | 76.54 | 0.00 | 702.46 | 0.00 | 0.00 | 702.46 | 100 | 0.00 | A0 |
| **Total** | | **$10,244.00** | **$3,540.59** | **$1,411.00** | **$5,292.41** | **$0.00** | **$0.00** | **$4,977.04** | | **$315.37** | |

## What I need to know for my next claim

*\* After you have met your deductible, the costs of covered expenses are shared by you and your health plan. The percentage of covered expenses you are responsible for is called coinsurance.*

*You've met a total of $0.00 toward your $16,500 out of network individual deductible for the policy year beginning 06/01/2021*
*You've met a total of $0.00 toward your $16,500 out of network family deductible for the policy year beginning 06/01/2021*
*You've met a total of $4,478.28 toward your $5,500 in network individual deductible for the policy year beginning 06/01/2021*

Cigna®

**Claim received for** HECHT
**Claim #** 943212560837 0
**ID** U40311013

**THIS IS NOT A BILL**

*Your $5,500 in network family deductible has been met for the policy year beginning 06/01/2021*
*You've met a total of $0.00 toward your $16,500 out of network family individual out of pocket expenses for the policy year beginning 06/01/2021*
*You've met a total of $0.00 toward your $33,000 out of network family out of pocket expenses for the policy year beginning 06/01/2021*
*Your $5,500 in network individual out of pocket expenses have been met for the policy year beginning 06/01/2021*
*You've met a total of $7,191.47 toward your $11,000 in network family out of pocket expenses for the policy year beginning 06/01/2021*
*You've met a total of $8,040.64 toward your Unlimited all medical benefits individual lifetime maximum*

## Other important information that I need to know

*IF YOU ARE COVERED BY MORE THAN ONE HEALTH BENEFIT PLAN, YOU SHOULD FILE ALL YOUR CLAIMS WITH EACH PLAN.*

## Notes

A0 - CUSTOMER:THANK YOU FOR USING CIGNA'S OPEN ACCESS PLUS NETWORK. THE DISCOUNT SHOWN IS HOW MUCH YOU SAVED . YOU DON'T NEED TO PAY THAT AMOUNT. IF YOU ALREADY PAID YOUR HEALTH CARE PROFESSIONAL MORE THAN THE "WHAT I OWE" AMOUNT, PLEASE ASK FOR A REFUND. HEALTH CARE PROFESSIONAL: YOUR CIGNA AGREEMENT DOES NOT ALLOW YOU TO BILL THE PATIENT FOR THE DIFFERENCE. IF YOU ARE IN INDIANA, CALIFORNIA OR TENNESSEE, PLEASE CONTACT CIGNA CUSTOMER SERVICE AT 1.800.88CIGNA (882.4462) FOR INFORMATION ON YOUR DISCOUNTED RATE.
A1 - THE SUBMITTED PROCEDURE IS DISALLOWED BECAUSE IT IS INCIDENTAL TO A CODE BILLED ON THE SAME DATE OF SERVICE.
A2 - THIS CHARGE IS DENIED AS PAYMENT FOR THIS SERVICE IS INCLUDED IN THE GLOBAL FEE, ALL-INCLUSIVE OR CASE RATE REIMBURSEMENT. THIS PATIENT IS NOT RESPONSIBLE TO PAY THIS AMOUNT.

RETAIN THIS FOR YOUR RECORDS.



**Claim received for** ▮ HECHT
**Claim #** 943212560837O
**ID** U40311013

**THIS IS NOT A BILL**

## Additional information related to the Patient Protection and Affordable Care Act of 2010

If you would like to request information about the specific diagnosis and treatment codes submitted by your Health Care Professional, You can contact your provider directly or you can print and fill out the request form and send it back to Cigna. Go to Cigna.com and click "Find a Form" at the bottom of the page. Choose "Privacy Forms," then "Cigna Health Care Privacy Forms." Print the **Request for Diagnosis and Treatment Code Information form**. If you have difficulty accessing the form, call Customer Service at the toll-free number listed on the back of your Cigna ID card.

If you don't agree with our final internal review of your claim, you may be able to ask for an independent external review. Your plan and any state or federal requirements determine whether your claim is eligible for external review. For questions about your appeal rights or for assistance, call the Employee Benefits Security Administration at 1-866-444-EBSA(3272) or go online to www.askebsa.dol.gov

Your state may also offer a consumer assistance or an Ombudsman program to help you. Go online to mycigna.com, click on the Legal Disclaimer link at the bottom of the page, and select "State Ombudsman/Consumer Assistance Programs" from the drop down menu. If you have difficulty accessing the website, call Customer Service at the toll-free number listed on the back of your Cigna ID card.

If you have difficulty reading English, we offer language assistance. For help please call the Customer Service number on your ID card.

Si tiene problemas para leer el texto en inglés, le ofrecemos asistencia de idiomas. Para obtener ayuda, por favor, llame al número de Servicio al cliente que figura en su tarjeta de identificación.

Si vous avez des difficultés à lire l'anglais, nous offrons une assistance linguistique. Pour toute aide, veuillez composer le numéro du Service à la clientèle qui se trouve sur votre carte d'identification.

Für den Fall, dass Sie den englischen Text nicht verstehen, bieten wir mehrsprachige Unterstützung an. Rufen Sie in diesem Fall bitte die auf Ihrer Versicherungskarte angegebene Kundenservice-Nummer an.

Kung nahihirapan ka sa pagbabasa ng wikang Ingles, nag-aalok kami ng tulong sa wika. Para sa tulong pakitawagan ang numero ng Serbisyo ng Customer sa iyong ID card.

如果對您來說閱讀英文會有困難，我們可以提供語言協助。欲取得協助，請撥打會員卡上的客戶服務電話號碼。

Bilagáana Bizaad wólta' nil nanitł'ahgo, saad bee niká'a'doowoligií hóló. Áká'a'áyeed biniiyé t'áá shǫǫdi áká'anídaalwo'go dabinaanishígíí bich'į' hodíílnih éí naaltsoos bee nee hózinígíí bikáa'gi bibéésh bee hane'é yisdzoh.

H701A 08/18

RETAIN THIS FOR YOUR RECORDS.

Page 5 of 5