# -EXHIBIT D-

## Payment Processed

**Your payment has been processed successfully!**

We sent a receipt to ah***aw@gmail.com.

If you would like an additional receipt sent to an email address, please enter it below.

Date:  1/1/2022              Authorization code:  640727

Payment amount

$326.23

Account #1007602582

Payment method



Andrew Hecht

x7850

Interoperability Guide   FAQs   Privacy Policy   Terms and Conditions   High Contrast Theme

Sign Up Forms

MyChart by Epic

**MyChart Helpline: 630-527-5070**

MyChart® licensed from Epic Systems Corporation, © 1999 - 2022.6