# -EXHIBIT E-



## Payment Processed

**Your payment has been processed successfully!**

To send a receipt, enter an email address in the field below.

Date: 1/2/2022         Authorization code: 138502

Payment amount

$315.37

Account #1007602378

Payment method                              Loading...

 Andrew Hecht
x7850

Interoperability Guide  FAQs  Privacy Policy  Terms and Conditions  High Contrast Theme

Sign Up Forms

**MyChart Helpline: 630-527-5070**

MyChart® licensed from Epic Systems Corporation, © 1999 - 2022.6

Loading...