# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Andrew Hecht and Andrea Hecht, *individually and on behalf of all others similarly situated*,<br><br>                      Plaintiffs,<br><br>   v.<br><br>Cigna Health and Life Insurance Company,<br><br>                      Defendant. | Case No. 1:24-cv-05926<br><br>Hon. Manish S. Shah |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Andrew Hecht and Andrea Hecht by and through undersigned counsel, and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully move this Court for entry of an order providing the following: (i) provisionally certifying the proposed Settlement Class under Federal Rules of Civil Procedure 23(a) and 23(b)(3); (ii) appointing Plaintiffs as Settlement Class Representatives of the Settlement Class; (iii) appointing Jaszczuk P.C. and Consumer Law Advocate, PLLC, as Settlement Class Counsel for the Settlement Class; (iv) preliminarily approving the settlement (the "Settlement") reached between Plaintiffs and Defendant Cigna Health and Life Insurance Company; (v) approving the timing, form, content, and manner of the giving of notice of the Settlement to the members of the Settlement Class; and (vi) setting a hearing date (the "Final Approval Hearing") to consider the final approval of the Settlement and Settlement Class Counsels' application for an award of attorneys' fees and a service award to the Settlement Class Representatives. Plaintiffs have conferred with counsel for Defendant and this motion is unopposed.

A proposed form of order preliminarily approving the proposed Settlement is being tendered as Ex. E to the Settlement Agreement.

Dated: October 3, 2025       Respectfully submitted,

                  /s/ *Matthew T. Peterson*
                  Matthew Peterson
                  Consumer Law Advocate, PLLC
                  230 E. Ohio St., Suite 410
                  Chicago, IL 60611
                  Tel: (815) 999-9130
                  mtp@lawsforconsumers.com
                  ARDC No. 6321290

                  Martin W. Jaszczuk
                  Margaret M. Schuchardt
                  JASZCZUK P.C.
                  311 South Wacker Drive, Suite 2150
                  Chicago, Illinois 60606
                  Tel: (312) 442-0509
                  mjaszczuk@jaszczuk.com
                  mschuchardt@jaszczuk.com
                  Firm No. 61115


                  ***Attorneys for Plaintiffs***