IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Andrew Hecht and Andrea Hecht, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Cigna Health and Life Insurance Company,<br><br>Defendant. | Case No. 1:24-cv-05926<br><br>Hon. Manish S. Shah |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL AND TO FILE EXCESS PAGES**

Plaintiffs Andrew Hecht and Andrea Hecht, by and through counsel, respectfully move this Court for leave to file an amended Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement, and for leave to file excess pages in connection therewith. In support of this Motion, Plaintiffs state as follows:

1. In this putative class action, Plaintiffs brought claims against Defendant in connection with Cigna's practices related to its maintenance and communication of network provider information.

2. Plaintiffs brought this action against Defendant under the Employee Retirement Income Security Act, 29 U.S.C. § 1001, *et seq.* ("ERISA"), asserting causes of action for, *inter alia*, breach of fiduciary duty pursuant to 29 U.S.C. § 1132(a)(3).

3. Plaintiffs and Defendant have reached a settlement that, if approved, will resolve the claims of over 1,000 individuals with similar claims against Defendant.

4. Accordingly, and pursuant to this Court's Orders of August 26, 2025 (Dkt. 44)

and September 16, 2025 (Dkt. 47), Plaintiffs filed a motion for preliminary approval of the class settlement (Dkt. 48), along with a memorandum in support (Dkt. 49). The preliminary approval memorandum was approved by counsel for Defendant.

5. Subsequent to filing, Plaintiffs' counsel realized that the parties inadvertently neglected the requirements of Local Rule 7.1 in connection with the preliminary approval motion. Specifically, the memorandum exceeded the 15-page limit set forth in L.R. 7.1, and consisted of 24 pages, excluding exhibits. Additionally, the memorandum did not include an table of contents or table of cases.

6. Accordingly, Plaintiffs revised the memorandum to include a table of contents and table of cases, and made other minor typographical revisions. Plaintiffs' counsel then provided the revised memorandum (along with a copy of this motion) to counsel for Defendant. Defendant's counsel have indicated that they do not object to the relief requested in this motion.

7. Plaintiffs now bring this motion to ask the Court's permission to file the amended memorandum. As the amended memorandum is, again, in excess of 15 pages, Plaintiffs also request leave to file a brief with excess pages pursuant to L.R. 7.1.

8. With respect to the length of the brief, Plaintiffs tried their best to concisely and efficiently address the relevant issues, but given the necessity of setting forth the procedural history of the case, the applicable legal rules, and particularly an analysis of the Rule 23 factors, briefing in excess of 15 pages was necessary.

9. Plaintiffs therefore respectfully ask that they be granted leave to file the amended supporting memorandum with these extra pages. Attached hereto as Exhibit A is a copy of the revised memorandum Plaintiffs seek to file.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file an amended memorandum in support of their Motion for Preliminary Approval in excess of 15 pages.

Dated: October 4, 2025

Respectfully submitted,

*/s/ Margaret M. Schuchardt*
Martin W. Jaszczuk
Margaret M. Schuchardt
JASZCZUK P.C.
311 South Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: (312) 442-0509
mjaszczuk@jaszczuk.com
mschuchardt@jaszczuk.com

Matthew Peterson
Consumer Law Advocate, PLLC
230 E. Ohio St., Suite 410
Chicago, IL 60611
Tel: (815) 999-9130
mtp@lawsforconsumers.com
ARDC No. 6321290

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I, Margaret Schuchardt, an attorney, hereby certify that I caused the foregoing to be filed via the Court's electronic filing system on October 4, 2025.

<u>/s/ Margaret M. Schuchardt</u>