**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Andrew Hecht and Andrea Hecht, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Cigna Health and Life Insurance Company,<br><br>Defendant. | Case No. 1:24-cv-05926<br><br>Hon. Manish S. Shah |

**NOTICE OF MOTION**

Please take notice that on October 9, 2025 at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Manish S. Shah, or any judge sitting in his stead in Courtroom 1919 at the Everett McKinley Dirksen Federal Building Courthouse, located at 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present to the Court **Plaintiffs' Unopposed Motion for Leave to File Amended Memorandum in Support of Preliminary Approval and to File Excess Pages.**

Dated: October 4, 2025

Respectfully Submitted,

By: *<u>/s/ Margaret M. Schuchardt</u>*
Martin W. Jaszczuk
Margaret M. Schuchardt
JASZCZUK P.C.
311 South Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: (312) 442-0509
mjaszczuk@jaszczuk.com
mschuchardt@jaszczuk.com

Matthew T. Peterson
CONSUMER LAW ADVOCATE, PLLC
230 E. Ohio St., Suite 410
Chicago, IL 60611
Telephone: (815) 999-9130
mtp@lawsforconsumers.com
ARDC# 6321290

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Margaret Schuchardt, an attorney, hereby certify that I caused the foregoing to be filed via the Court's electronic filing system on October 4, 2025.

*/s/ Margaret M. Schuchardt*