UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Andrew Hecht, et al.
                         Plaintiff,
v.                                               Case No.: 1:24–cv–05926
                                                  Honorable Manish S. Shah
The Cigna Group
                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

      MINUTE entry before the Honorable Manish S. Shah: The motion for leave to file amended memorandum with excess pages [50] is granted and no appearance is necessary. The motion for preliminary approval [48][49] is granted. The proposed settlement falls within the range of reasonable settlements. The parties negotiated at arm's length with a mediator, accounted for the risks of litigation, and arrived at a compromise that provides a benefit to the class (in the form of corrective injunctive relief and a fund for reimbursement). The Rule 23 prerequisites for class certification are met. Before final approval, however, the court will want to know what the parties' plan is for the $300,000 fund in the event claims are below the amount and there is a remainder. The parties must submit a version of the proposed order in Microsoft Word format to proposed_order_shah@ilnd.uscourts.gov. A final approval hearing is set for 3/24/26 at 11:00 a.m. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.